■ In the Matter of MICHAEL S., a Person Alleged to be a Juvenile Delinquent.—Order unanimously affirmed without costs for reasons stated in decision at Monroe County Family Court, Kohout, J. *(see, Matter of Randy K.,* 77 NY2d 398). (Appeal from Order of Monroe County Family Court, Kohout, J.—Juvenile Delinquency.) Present—Callahan, J. P., Doerr, Green, Pine and Lowery, JJ. *[See,* 146 Misc 2d 930.]